UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIC MCCALL (#418559)

VERSUS

R. STEAD, ET AL.

CIVIL ACTION

NO. 14-212-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 13, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment*[3] by Defendant, Dwayne Adams, is denied, the *Motion for Summary Judgment*[4] by Defendant, Randall Stead, is denied, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 8 day of May, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 58.
[3] Rec. Doc. 29.
[4] Rec. Doc. 44.